IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00399-MSK-CBS

SHAWNA STAMM,

        Plaintiff,

v.

CALIFORNIA CASUALTY MANAGEMENT COMPANY, a California corporation,

        Defendant.

## ORDER DISCHARGING ORDER TO SHOW CAUSE

THIS MATTER comes before the Court on Defendant's Response to Order to Show Cause **(#9)**. Having reviewed the same,

**IT IS HEREBY ORDERED** that this Court's Order to Show Cause **(#7)** is deemed satisfied and the Order is **DISCHARGED.**

Dated this 24th day of March, 2006

        **BY THE COURT:**

        */s/ Marcia S. Krieger*

        Marcia S. Krieger
        United States District Judge