IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00399-MSK-CBS

SHAWNA STAMM,

    Plaintiff,

v.

CALIFORNIA CASUALTY MANAGEMENT COMPANY, a California corporation,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE

THIS MATTER is before the Court on the Stipulated Motion for Dismissal With Prejudice (**#15**) filed June 22, 2006. The Court having reviewed the foregoing:

ORDERS that the above-captioned matter is dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. *The Clerk shall close this case.*

DATED this 22nd day of June, 2006.

                **BY THE COURT:**

                *Marcia S. Krieger*
                ———————————————

                Marcia S. Krieger
                United States District Judge